171 A.3d 1255

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. TIQUAN WHITEHURST, DEFENDANT–PETITIONER.

C–215 Sept.Term 2017
079357

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000511–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

171 A.3d 1255

TOWNSHIP OF LONG BEACH, PLAINTIFF, v. LYDIA ZINZI, DEFENDANT–MOVANT.

M–259 Sept.Term 2017
080178

October 20, 2017

ORDER

It is ORDERED that the motion to stay construction activities is granted, only pending the Court's disposition of the appeal.